**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shawn Eggsware     Plaintiff(s) | ) ) ) |
| vs. | ) ) |
| "John Doe"     Defendant(s) | ) ) ) ) |

Civil Case No.: 1:22-cv-54 (BKS/DCFH)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: ⊘ JURY ◯ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Shawn Eggsware

   Address: 66 2nd St

   Waterford NY 12188



   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: John Doe

      Official Position: _____

      Address: _____

b.    Defendant: _____

Official Position: _____

Address: _____

_____

_____

c.    Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                          **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

See attached

I have an invasion of privacy. I started to film a documentary on my phone and not only have people been watching them, but people acknowledge they watch them.

5.                              **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

Invasion    of privacy

_____

_____

_____

_____

**SECOND CAUSE OF ACTION**

_____

_____

_____

_____

_____

**THIRD CAUSE OF ACTION**

_____

_____

_____

_____

_____

6.     **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

$50,000,000 and orders of protections against me and Defendants. I would also like criminal investigations done on those numans

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 1-21-22

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010